IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ANTWAIN N. BLACK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | No.  06-3146 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Petitioner Antwain N. Black's Notice of Appeal, which the Court construes as a request for a Certificate of Appealability.  This Court may only issue a certificate of appealability if Black makes a substantial showing of a violation of his constitutional rights. 28 U.S.C. 2253(c); Fed. R. App. P. 22(b).  To meet this standard, Black must show that a reasonable jurist would find his constitutional claims that he wishes to raise on appeal to be debatable. Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).  Black raised two issues in his § 2255 Petition: (1) his counsel was ineffective in failing to comply with his request to consult with him  and to file a Notice of Appeal; (2) his counsel was ineffective in failing

1

to object at sentencing that the 180 month sentence was contrary to the Plea Agreement. This Court denied relief on the second ground, noting that the sentence imposed was not contrary to the Plea Agreement and that counsel was not ineffective in failing to object to the sentence. The Court granted an evidentiary hearing on the first ground. <u>Opinion entered March 9, 2007 (d/e 7)</u>. After the evidentiary hearing, the Court denied the balance of Black's Petition. The Court found, based on the evidence at the hearing, that Black had not requested his attorney to file a notice of appeal and that Black was not prejudiced by any failure of his counsel to confer with him about appealing. Black testified at the hearing that he would not have appealed if his attorney had consulted with him and shared his views on the possible outcome of an appeal. <u>Opinion entered July 3, 2007 (d/e 15)</u>. Black now wishes to appeal the Court's rulings on these issues. A reasonable jurist would not find any of this Court's rulings on the constitutional issues raised by Black to be debatable. The Court therefore denies his request for a certificate of appealability.

  THEREFORE, Petitioner Black's request for a Certificate of Appealability is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER:  August 21, 2007.

FOR THE COURT:

s/ Jeanne E. Scott  
JEANNE E. SCOTT  
UNITED STATES DISTRICT JUDGE
